IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01786-MSK-BNB

CURTIS NOBLE,

Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL INC., a Minnesota corporation,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED that the Protective Order is GRANTED.

DATED: October 3, 2008