IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01786-MSK-BNB

CURTIS NOBLE,

Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL INC., a Minnesota corporation,

Defendant.

---

# ORDER

---

This matter is before me on plaintiff's **Unopposed Motion to File First Amended Complaint and Jury Demand** [Doc. # 18, filed 10/20/2008] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint and Jury Demand [Doc. # 18-2].

Dated October 21, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge